(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Enrique Torruella

```
FILED sr
OCT 0 7 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**1 6 - 9 2 0**

-against-

Department of Justice

Bureau of Prisons

Fort Dix Correctional Institution

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's
Office)

# COMPLAINT
## (Pro Se)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different
form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.     PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     Torruella, Enrique        SBI# 00723668
               Name (Last, First, MI)

               1301 East 12th Street (P.O. BOX 9561)
               Street Address

               Wilmington          DE          19809
               County, City         State        Zip Code

               _____        _____
               Telephone Number        E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   FCI, Fort Dix
               Name (Last, First)

               5756 Hartford and Pointville Road
               Street Address

               Joint Base MDL        New Jersey      08640
               County, City           State           Zip Code

Defendant 2:   Federal Bureau of Prisons
               Name (Last, First)

               320 First Street NW
               Street Address

               Washington          DC          20534
               County, City         State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3:   U.S. Department Of Justice
Name (Last, First)

950 Pennsylvania Ave.
Street Address

Washington          DC          20530
County, City        State       Zip Code

Defendant 4:   _____
Name (Last, First)

Street Address

County, City        State       Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____
_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

I am suing the U.S. Government (DOJ/BOP) specifically Fort Dix Federal Correctional Institution and I live in the district I'm filing in.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence:

Fort Dix Federal Correctional Institution

Date(s) of occurrence: May 15th, 2014

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

> What happened to you?

On March 2006 I started a cooperation with 2 agents of Federal Government in Puerto Rico their names are Eddie Valdel and Victor Morales, they were working for "Task Force" on Peno, P.R. Both agents made contact with me and I agree to cooperate with them The federal prosecutor is this investigation was Mr. Capo. As part of the agreement they gave me the warranty safety that I will never in contact with my

(Del. Rev. 11/14) Pro Se General Complaint Form

co-defender and I will protected and relocated in another
State of USA. On November 2006 I was arrested by U.S. Marshall
and DEA and placed in custody at MDC Guaynabo P.R.
I was separated from my co-defender and placed under
protection unit. On March 4, 2009 I traveled to Wilmington
Delaware as part of a relocation process. On March 7, 2014
I was involved in a new crime in Wilmington Delaware.
Due this crime I was arrested by Wilmington Police and
later released on bond status. On April 4, 2014 my federal
probation officer (Mr Ramirez) revoked my supervision
due violation of it and I was arrested by U.S. Marshall
and placed in custody at FDC Philadelphia, PA. Due this case
I was sentenced 24 months on April 22, 2014 by Judge
Sue L. Robinson During the hearing sentencing I request
to my judge the possibility to go to Fort Dix Low
in New Jersey. The judge made this recomendation
to B.O.P I would like to explain and clarify that I never
had information or knowledge that my co-defender were in

<div style="border:1px solid">Was anyone else involved?</div>

that prision. I believed that everything regarding my
separation from my co-defender was written and specified
in my file and that my probation officer and B.O.P was
aware regarding this point. On May 6, I was tranferred
to Fort Dix Low. Upon arriving over there I was placed
temporarily in the west side of the prision. In the
admision process I notified to the R&D c/o
custody officer every details regarding my case (the
fact of my previous cooperation and the status of separation
from any co-defender) On May 15, 2014 I was moved to east side
of Fort Dix (unit 5752) the same day of May 15, 2014 I went
to the food service and I was returning to my unit just

Page 5 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

after lunch when I was assalted by several inmates and I recognized one of them as my co-defender. I received several injuries on my body and verbal threatening that they are going to kill me. I was checked at medical services of the prision and taken to the Trenton Hospital of N.J. outside the prision where I receive medical care. After to be discharge from the hospital I was brought back to the prision and placed in the "SHU" (Special Housing Unit) during 142 days. During this time my federal inmato benefict were cancelled. The prision officer told me that I was placed in the "SHU" for safety and protection by I received the pushniment of "SHU" i.e. others inmate that were there due other problems.

During the investigation of this incident I was visted by my unit manager Mr. R. Whritenaur who told me that according investigation process they found certainly my co-defendor were the inmates that assaulted me, but was on myself responsability due I request to the judge to be placed in fort Dix and wasn't written down in my file for us to be seperated. Really I did it, but I did not have idea that my co-defender were in the prision. Also is clear and well known that the B.O.P. takes its desicion regardless the inmates desire and request and the B.O.P. should have all details about each inmate custody.

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

As a result of a physical assault on May 15, 2014, I received several injuries. The injuries include chronic pain in my neck, back, right shoulder, right elbow, lower back and in my chest. Also to include chronic headache, and I had to receive stitches to a laceration above my right eye. Consequently my physical capacity for exercise and regular activities have become limited. In addition to the physical aspects frequently I have reoccurring nightmares about the heinous attack which had taken place in Fort Dix. Ultimately I have post-traumatic stress and anxiety disorder with a permanent feeling of panic.

## VI.   RELIEF

The relief I want the court to order is:

☒    Money damages in the amount of:  $ 1,000,000.00

☐    Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served. I understand that my failure to keep a current address on file with the Clerk's
Office may result in the dismissal of my case.

10/03/16

Dated

Plaintiff's Signature

Torruella, Enrique

Printed Name (Last, First, MI)

P.O. Box 9561       Wilmington    DE    19809

Address                City        State    Zip Code

Telephone Number                E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper
as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**